```
 1  DAVID W. HANSEN (Bar No. 196958)
    TRAVIS M. JENSEN (Bar No. 259925)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    525 University Avenue, Suite 1100
 3  Palo Alto, California 94301
    Telephone: (650) 470-4500
 4  Facsimile:  (650) 470-4570
    Email:  dhansen@skadden.com; travis.jensen@skadden.com
 5
    Attorneys for Plaintiff,
 6  HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.

 7
                        UNITED STATES DISTRICT COURT
 8
                       NORTHERN DISTRICT OF CALIFORNIA
 9
                              OAKLAND DIVISION
10
11  HITACHI GLOBAL STORAGE
    TECHNOLOGIES, INC.,
12                                          CASE NO.:  C 10-3691 SBA
                  Plaintiff,
13
          v.                                STIPULATED ORDER OF DISMISSAL
14
    SHEA INTEGRATION SOLUTIONS
15  CORP.,

16                Defendant.
```

17    Plaintiff, Hitachi Global Storage Technologies, Inc., and Defendant, Shea Integration

18 Solutions Corp., by their undersigned counsel, hereby stipulate to the entry of this Order

19 dismissing this case, without prejudice, based on the Parties having reached a full, final and

20 complete settlement and resolution of their claims, counterclaims and defenses.  The Parties

21 further stipulate and agree that the Court shall retain jurisdiction over the Parties and this

22 matter for purposes of enforcing or interpreting the terms of the Parties' settlement

23 agreement, and that each Party shall bear its own fees, costs and expenses of this case.

24    STIPULATED AND AGREED TO:

25 Dated: March 7, 2011        /s/ David W. Hansen
                               David W. Hansen, Bar No. 196958
26                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

27                             Counsel for Plaintiff and Counterclaim Defendant,
28                              HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.

---

STIPULATED ORDER OF DISMISSAL                                    CASE NO. C 10-3691 SBA

| | | |
|---|---|---|
| 1 | Dated: March 7, 2011 | /s/ Leslie V. Payne |
| 2 | | Leslie V. Payne (TX Bar No. 0784736 – Pro Hac Vice) |
| | | HEIM, PAYNE & CHORUSH, L.L.P. |

Counsel for Defendant and Counterclaim Plaintiff,
SHEA INTEGRATION SOLUTIONS CORP.

SO ORDERED:

March _8_, 2011

_/s/ Saundra B. Armstrong_
Hon. Saundra B. Armstrong
United States District Judge

---

2
STIPULATED ORDER OF DISMISSAL                    CASE NO. C 10-3691 SBA

**CERTIFICATE OF SERVICE**

I hereby certify on this 7th day of March, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record who have registered for electronic filing at their electronic addresses of record, constituting service per General Order 45, section IX.B. Per General Order 45, section IX.C.2, all others were served by U.S. Mail at their street addresses of record.

DATE: March 7, 2011         By: _____/s/ *David W. Hansen*_____
                                    David W. Hansen

3
STIPULATED ORDER OF DISMISSAL                    CASE NO. C 10-3691 SBA